IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-330-KAJ |
| ELWOOD S. KNIGHT, MILDRED M. KNIGHT, and ELWOOD S. KNIGHT TRUSTEE OF THE KNIGHT 1995 IRREVOCABLE TRUST, | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **9th** day of **March, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, March 16, 2005 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of negotiations. The teleconference shall include Mike Braun, defendants' accountant. **Joseph J. Longobardi, III, Esq., defendants' counsel, shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE