IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>        Plaintiff,                  )<br>                                     )<br>   v.                                )   Civil Action No. 04-330-KAJ<br>                                     )<br>ELWOOD S. KNIGHT, MILDRED M.         )<br>KNIGHT, and ELWOOD S. KNIGHT         )<br>TRUSTEE OF THE KNIGHT 1995           )<br>IRREVOCABLE TRUST,                   )<br>                                     )<br>        Defendants.                  ) | |

### FIRST AMENDED SCHEDULING ORDER

At Wilmington, this 16th day of June, 2005,

IT IS HEREBY ORDERED that the Court's Scheduling Order dated November 17, 2004 (D.I. 15), is amended as follows:

1.  <u>Trial</u>.  This matter is scheduled for a 1 day bench trial beginning at 9:00 a.m. on September 28, 2005.  For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 3.5 hours to present their case.

All other deadlines as set forth in the Court's November 17, 2004 Scheduling Order (D.I. 15) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE