**U.S. Department of Justice**



*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 6, 2005

Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   US v. Elwood Knight et al.
      C.A.No. 04-330

Dear Judge Jordan:

     With apologies with the tardiness of this report, I write to advise the Court that the parties are in agreement that this matter is resolved, pending one final review within the Department of Justice, which review is anticipated to be both prompt and favorable.

     Accordingly, counsel respectfully request that the pretrial conference scheduled for today be taken off the calendar. We will advise the Court as soon as possible when the settlement is finalized.

     Counsel are available today by telephone if Your Honor has questions or comments. We appreciate the Court's indulgence.

                                                                    Respectfully,

                                                                    COLM F. CONNOLLY
                                                                    United States Attorney

                                        By:   /s/_____
                                              Patricia C. Hannigan
                                              Assistant United States Attorney

PCH/jb
cc:  Beatrice Saiz
     Joseph Longobardi