

**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*

---

EJO'C:DAH:BTSaiz:jcc
5-15-1263
CMN 1997163299

*Post Office Box 227*
*Washington, DC 20044*

*Telephone: (202) 307-6585*
*Telecopier: (202) 514-6866*

November 1, 2005

<u>VIA FEDERAL EXPRESS</u>
Honorable Kent A. Jordan
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, (Lockbox 10)
Wilmington, DE 19801

     Re:   <u>United States v. Elwood S. Knight, et al</u>
            <u>Civil Action No. 04-330</u>

Dear Judge Jordan:

    This is to inform the Court that the United States anticipates sending a letter accepting defendants' offer tomorrow. The settlement requires defendants to make a payment within 90 days from tomorrow. The United States respectfully requests that the Court maintain the case open for 91 days. At the end of the 91 days, the defendants will have either made the requisite payment to the United States or the United States will have filed a Consent Judgment to be executed by the Court due to the defendants' breach of the settlement agreement.

                                                    Sincerely yours,

                                                    BEATRIZ T. SAIZ
                                                    Trial Attorney
                                  Civil Trial Section, Eastern Region

- 2 -

cc:   Joseph J. Longobardi, III
      The Plaza, Suite 115
      1303 Delaware Avenue
      Wilmington, DE 19806

      Patricia Hannigan
      Assistant United States Attorney
      District of Delaware
      1007 Orange Street
      Suite 700
      Wilmington, DE 19899-2046

Case 1:04-cv-00330-KAJ    Document 34    Filed 11/02/2005    Page 2 of 2