

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  (302) 573-6277 x 156
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*  Patricia.Hannigan@usdoj.gov
*Wilmington, Delaware 19899-2046*

February 10, 2006

**Honorable Kent A. Jordan**
District Judge
6325 J. Caleb Boggs Federal Bldg.
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Elwood S. Knight, et al**
            **Civil Action No. 04-330-KAJ**

Dear Judge Jordan:

    The United States hereby informs the Court that this case will be resolved by February 17, 2006. In November of 2005, the parties reached a settlement in this case in which the defendants would pay an amount to the United States within 90 days. This week the defendants indicated that they will pay the amount agreed upon on or before February 17, 2006. If payment is not received by February 17, 2006, the United States will file a consent judgment against Elwood and Mildred Knight in the amount of $354,872, plus interest, and for the foreclosure of the United States' Federal tax liens against the property located at 3680 Upper King Road in Kent County.

    Counsel are, of course, available if the Court has questions or comments.

                          Respectfully yours,

                    BY:   /s/Patricia C. Hannigan
                          Patricia C. Hannigan
                          Assistant United States Attorney
                          Delaware Bar I.D. No. 2145
                          The Nemours Building
                          1007 Orange Street, Suite 700
                          P. O. Box 2046
                          Wilmington, DE 19899-2046
                          (302) 573-6277
                          Patricia.Hannigan@usdoj.gov

PCH:md

cc:    Joseph J. Longobardi, III, Esquire/Via CM/ECF
       Beatriz T. Saiz, Trial Attorney/Tax Division/Via First Class Mail