IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Civil Action No. 04-330  KAJ |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELWOOD S. KNIGHT, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

IT IS STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA, by its undersigned counsel, and the DEFENDANTS ELWOOD S. KNIGHT, MILDRED KNIGHT, AND ELWOOD S. KNIGHT, TRUSTEE OF THE KNIGHT 1995 IRREVOCABLE TRUST, by their undersigned counsel, that this action be and is dismissed with prejudice, the parties to bear their respective costs, including any possible attorney's fees or other expenses of this litigation.

/ /

/ /

/ /

/ /

| COUNSEL FOR THE UNITED STATES: | COUNSEL FOR DEFENDANTS: |
|---|---|
| Date: February ____, 2006 | Date: February 24, 2006 |

COLM CONNOLLY
United States Attorney

_____
PATRICIA HANNIGAN
Assistant United States Attorney
Delaware State Bar No. 2145
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

_____
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6585

_____
JOSEPH J. LONGOBARDI III
Longobardi Law Office
1303 Delaware Avenue
Suite 105
Wilmington, DE 19806
(302) 575-1502

- o0o -

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE    date